IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MATTHEW CLARK and GREGORY MALANDRUCCO,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO, UNKNOWN PLAINCLOTHES CHICAGO POLICE OFFICERS, and UNKNOWN UNIFORMED CHICAGO POLICE OFFICERS,<br><br>  Defendants. | Case No. 10-cv-1803<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Cox<br><br>JURY TRIAL DEMANDED |

**ORDER**

IT IS HEREBY ORDERED THAT:

I.  The City of Chicago and the Chicago Police Department preserve any and all physical evidence relating to the incident that occurred on February 7, 2010 at approximately 3:00 a.m. at 2001 N. Western Avenue, Chicago, Illinois 60647.  Specifically, the City of Chicago and the Chicago Police Department are ordered to preserve all physical evidence that is in their possession currently or in the future, including, but not limited to, any and all radio transmission tapes, 911 call recordings or transcripts, audiotapes, dispatch records, phone records, computer records and logs, GPS records, and video surveillance, including patrol car video recordings and CPD blue box video surveillance, created between 2:00 a.m. and 4:00 a.m. on February 7, 2010, and related to the above-mentioned incident, as well as, any and all investigation notes in existence now or created in the future.

II.  Arturo's Tacos, located at 2100 N. Western Avenue, Chicago, Illinois 60647, is ordered to preserve any and all video surveillance recordings in its possession for February 7, 2010 between 2:00 a.m. and 4:00 a.m., as well as any credit card transaction receipts generated between 2:00 a.m. and 4:00 a.m. on February 7, 2010.

Dated:__March 31, 2010___

_Samuel Der-Yeghiayan_
Samuel Der-Yeghiayan
United States District Court Judge