# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Matthew Clark and Gregory Malandrucco

CASE NUMBER: 10-cv-1803

V.

ASSIGNED JUDGE: Judge Der-Yeghiayan

City of Chicago, Unknown Plainclothes Chicago Police Officers and Unknown Uniformed Chicago Police Officers

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

City of Chicago
c/o City Clerk
121 North LaSalle Street
Room 107
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 N. May Street, Suite 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*[signature]*

(By) DEPUTY CLERK

March 30, 2010

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/31/2010 |
| NAME OF SERVER *(PRINT)* Emily Brown | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): City of Chicago, c/o City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/31/2010
          Date          Signature of Server

Address of Server: Loevy & Loevy, 312 N. May St., Ste. 100, Chicago, IL 60607

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.