IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MATTHEW CLARK and GREGORY MALANDRUCCO, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 10-cv-1803 |
| v. | )<br>) Judge Der-Yeghiayan |
| CITY OF CHICAGO, et al. | ) Magistrate Judge Cox |
| Defendants. | )<br>)<br>) JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERSIZED RESPONSE BRIEF**

Now come plaintiffs Matthew Clark and Gregory Malandrucco, by and through their attorneys, LOEVY & LOEVY, in accordance with Local Rule 7.1, move this Court for to grant them leave to file an opposition to Defendant Officers' Motion to Dismiss[1] ("Motion"), in excess of 15 pages. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs' response in opposition to Defendants' Motion is due August 11, 2010.

2. Plaintiffs' response, attached as Exhibit A, addresses many legal issues raised in Defendants' Motion, as well as, facts not enumerated in the Defendants' Motion.

3. Plaintiffs' proposed response is 22 pages and contains a table of authorities in accordance with Local Rule 7.1.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file their response in opposition to Defendants' motion to dismiss *instanter*.

---

[1] The Motion is brought by defendant Officers Brian Postrelko, Michael Torres, Nelson Crespo, John Reppas, Elise Middleton, Rick Podgorny and Donald Shroeder (collectively referred to herein as "Defendants").

Respectfully submitted,


/s/ Heather Lewis Donnell
Attorneys for Plaintiffs


Arthur Loevy
Jon Loevy
Russell Ainsworth
Elizabeth Wang
Heather Lewis Donnell
LOEVY & LOEVY
312 North May Street
Chicago, Illinois 60607
(312) 243-5900


**CERTIFICATE OF SERVICE**

    I, Heather Lewis Donnell, certify that on August 11, 2010, I served via the Court's CM/ECF system to all counsel of record PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERSIZED RESPONSE BRIEF.


/s/ Heather Lewis Donnell