IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MATTHEW CLARK and GREGORY MALANDRUCCO, </br></br>Plaintiffs,</br></br>v.</br></br>CITY OF CHICAGO, et al.</br></br>Defendants. | Case No. 10-cv-1803</br></br>Judge Der-Yeghiayan</br>Magistrate Judge Cox</br></br>JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION TO DISMISS DEFENDANT OFFICER MICHAEL MANNOTT**

Now come Plaintiffs Matthew Clark and Gregory Malandrucco, by and through their attorneys, LOEVY & LOEVY, and respectfully move this Court to dismiss Officer Michael Mannott as a defendant in this action. In support of their motion, Plaintiffs state as follows:

1. Plaintiffs named Officer Michael Mannott as a defendant in this action because they believed that he was one of the unknown assailants that assaulted them on February 7, 2010, after viewing his photograph.

2. Upon observing Officer Mannott in person at his deposition on May 30, 2012, Plaintiffs were convinced that Officer Mannott was not present on February 7, 2010, and was not one of the assailants who attacked them.

3. Based on this information, Plaintiffs voluntarily agree to dismiss Officer Mannott as a defendant in this action without prejudice and without costs.

**Conclusion**

WHEREFORE, Plaintiffs respectfully request that the Court enter an order dismissing Defendant Officer John Mannott as a defendant in this action without prejudice and without costs.

                                        Respectfully submitted,

                                        /s/ Heather Lewis Donnell
                                        Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Russell Ainsworth
Elizabeth Wang
Heather Lewis Donnell
LOEVY & LOEVY
312 North May Street
Chicago, Illinois 60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

    I, Heather Lewis Donnell, certify that on June 4, 2012, I filed with the Court's CM/ECF system PLAINTIFFS' MOTION TO DISMISS DEFENDANT OFFICER MICHAEL MANNOTT, and thereby served a copy to all counsel of record.

                                              /s/ Heather Lewis Donnell